IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SADAKA DAVIS,                     )<br>                                   )<br>    Plaintiff,                    )<br>                                   )    CIVIL ACTION NO.<br>    v.                             )      2:15cv169-MHT<br>                                   )           (WO)<br>BEN A. FULLER,                     )<br>                                   )<br>    Defendant.                     ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that the defendant state court judge's actions in a state-court unlawful-detainer proceeding violated plaintiff's rights under the First, Second, Fifth, and Sixth Amendments to the United States Constitution. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Plaintiff has filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be

overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of April, 2015.

                                            /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE